[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



No. 96-1815

DEBRA L. MORGAN,

Plaintiff, Appellant,

v.

BOSTON REDEVELOPMENT AUTHORITY, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Patti B. Saris, U.S. District Judge] 



Before

Cyr, Stahl and Lynch,
Circuit Judges. 



Debra L. Morgan on brief pro se. 
Rebecca J. Wilson, William V. Hoch and Peabody & Arnold on brief 
for appellees.



March 19, 1997


Per Curiam. Even assuming appellant Debra L. 

Morgan held a property interest in her position of employment

with the Boston Redevelopment Authority, a careful review of

the record and the parties' briefs on appeal satisfies us

that the district court correctly ruled that Morgan failed to

demonstrate a trialworthy issue as to whether the defendants

acted arbitrarily and capriciously in terminating her

employment. We therefore affirm the judgment of the district

court in this regard for essentially the reasons stated in

its Memorandum and Order, dated May 22, 1996.

Affirmed. See Local Rule 27.1. 

-2-